UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BAY AREA DEVELOPERS, LLC,
a Florida limited liability company,

   Plaintiff,

  v.            CASE NO. _____

BAY VILLA DEVELOPMENT GROUP,
LLC, a Florida limited liability company,

   Defendant.
_____/

## COMPLAINT

Plaintiff BAY AREA DEVELOPERS, LLC ("BAY AREA"), sues Defendants BAY VILLA DEVELOPMENT GROUP, LLC ("BVDG") and alleges:

### Parties

1. BAY AREA is a Florida limited liability company in good standing with its principal place of business at 13759 N. Nebraska Ave., Tampa, FL 33613.

2. BVDG is a Florida limited liability company in good standing and maintains its principal place of business at 10103 Hayfield Way, Tampa, FL 33626.

### Jurisdiction and Venue

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1338(a), 1367 and 2201.

4. This Court has personal jurisdiction over the defendant since BVDG is a Florida Limited Liability Company organized pursuant to the laws of the State of Florida.

5. Venue is proper before this Court pursuant to 28 U.S.C. §§1391(b) & (c) since BVDG has contacts sufficient with the Middle District of Florida to subject it to personal jurisdiction within the district and a substantial part of the events giving rise to this action occurred within the district. Venue is proper in this division pursuant to Local Rule 1.02(c), Local Rules for the Middle District of Florida.

6. All conditions precedent to the institution, maintenance and prosecution of this action have occurred, have been performed or have otherwise have been waived.

## General Allegations

7. BAY AREA is a builder of single family residences. Currently, BAY AREA is constructing homes in the Boulevard of the Oaks subdivision in Tampa, Florida.

8. In 2013, BAY AREA approached its regular drafting service, Steve Henry Design, Inc. ("SHD") to discuss the preparation of certain designs for BAY AREA's inventory. At that time, BAY AREA delineated its needs and goals in such new designs and many other designs were referenced during the discussions. During this process, SHD's principal, Steven Henry, displayed a plan that he represented he had previously drawn. That plan had many of the design elements that BAY AREA was seeking. After being assured that SHD could use this previous design as the starting point for a new BAY AREA design, SHD was commissioned by BAY AREA which then prepared a single family residential design for BAY AREA that was named the "Savannah."

9. SHD performed all of the design work for BAY AREA's "Savannah" architectural drawings including the sealing of the plans for permitting purposes.

10. BVDG is a builder of villa style units (referred to often as "duplexes"). Currently, BVDG is constructing villas in the Ravinia Villas subdivision which is located approximately nine (9) miles away from the Boulevard of the Oaks subdivision – thirty (30) minutes by car.

11. Upon information and belief, BVDG has used SHD to author architectural drawings for its villa design inventory.

12. Upon information and belief, SHD authored architectural drawings for BVDG that BVDG has named the "Linford."

13. Upon information and belief, SHD is the author of the "Linford" design and owns the copyright in the design and any related architectural drawings.

14. Upon information and belief, SHD has not assigned its copyright ownership interest in the "Linford" design to BVDG.

15. In June, 2015 – through its counsel – BVDG notified BAY AREA of its claim that BAY AREA's "Savannah" design was wrongfully copied from BVDG's "Linford" design.

16. After an exchange of communications between counsel for BVDG and BAY AREA that did not successfully resolve BVDG's complaints of wrongful copying, communications between the parties concluded with BVDG's counsel advising that future communications would occur during "the litigation."

## COUNT I

### (Declaratory Judgment – Non-Infringement of Copyright)

17. This is an action for declaratory relief pursuant to 28 U.S.C. §2201.

18. The allegations of Paragraphs 1 through 16 above are incorporated herein by reference.

19. BVDG – through its counsel – has asserted that it possesses ownership rights in the "Linford" design and architectural drawings and that its rights are violated by BAY AREA's use, construction, sale and marketing of its "Savannah" design and architectural drawings. BVDG is demanding damages and other relief related to this claim.

20. This Court has jurisdiction to declare rights and other equitable legal relations between the parties and the existence or non-existence of any power, privilege or right.

21. A *bona fide* dispute exists between the parties as to the claims of BVDG and BAY AREA and BAY AREA is in doubt regarding its rights. Thus, declaratory relief is an appropriate and proper means to determine the existence and validity of BVDG's claim of infringement by the alleged copying of its "Linford" design and architectural drawings by BAY AREA.

22. Upon information and belief, BVDG owns no protectable interest in the "Linford" design or architectural drawings. Architectural drawings are copyrightable under the Copyright Act. 17 U.S.C. §§101, 102(8) & 120. Ownership of the copyright in architectural drawings is within the exclusive purview of the Copyright laws. 17 U.S.C. §301(a). As the author of the "Linford" design and architectural drawings, SHD is the owner of the resulting copyright. 17 U.S.C. §201(a). Ownership of the copyright in the "Linford" design and architectural drawings can only be transferred by SHD via a written instrument.

23. Upon information and belief, BVDG is not the assignee of the copyright in the "Linford" design or architectural drawings.

24. The Copyright laws expressly pre-empt any state statutory or common law claims that are predicated on the alleged wrongful reproduction of the "Linford" design and architectural drawings. 17 U.S.C. §301(a).

WHEREFORE BAY AREA respectfully requests that this Court enter a Declaratory Judgment establishing:

A. That BVDG possesses no valid copyright interests in the "Linford" design or architectural drawings; and/or

B. That BAY AREA's use, reproduction, sale and marketing of its "Savannah" design and architectural drawings does not infringe or violate any rights of BVDG in the "Linford" design or architectural drawings; and/or

C. That state statutory claims such as a claim for violation of the Florida Deceptive and Unfair Practices Act, Fla. Stat. §501.201, or common law claims asserted by BVDG which solely related to the alleged wrongful copying of the "Linford" design or architectural drawings are pre-empted under the Copyright laws.

And further awarding BAY AREA its costs in this action, including its reasonable attorneys' fees pursuant to 17 U.S.C. §505, and such further relief as this Court deems just and necessary.

  /s/ *Frank R. Jakes*
FRANK R. JAKES, FBN #372226
JOHNSON, POPE, BOKOR, RUPPEL &
  BURNS, LLC
403 E. Madison Street, Suite 400
Tampa, FL  33602
Telephone:  (813) 225-2500
Facsimile:  (813) 223-7118
E-Mail:  frankj@jpfirm.com